# In the United States District Court for the Southern District of Georgia Savannah Division

```
TAMARA RATHBUN, et al.,

     Plaintiffs,

v.                                      CV 4:24-148

SOUTHCOAST MEDICAL GROUP LLC,
et al.,

     Defendants.
```

### ORDER

Plaintiff initiated this class action in July 2024. Dkt. No. 1. In December 2024, the Court ordered four related cases be consolidated with this one. Dkt. No. 20. In March 2025, Plaintiffs amended their complaint, as ordered, to reflect the consolidation. Dkt. No. 37; see also Dkt. No. 20 at 6. On May 12, 2025, Defendants Privia Medical Group of Georgia, LLC, and Southcoast Medical Group LLC separately moved to dismiss the consolidated complaint. Dkt. Nos. 50, 53. Thereafter, on June 2, 2025, Plaintiffs amended their complaint. Dkt. No. 55. For the reasons below, Defendants' motions to dismiss are **DENIED as moot**.

### LEGAL STANDARD

A party may amend its pleading once as a matter of course "within 21 days after serving it" or, "if a responsive pleading is required, within 21 days after service of a responsive pleading or

motion under Rule 12(b), (e), or (f) [of the Federal Rules of Civil Procedure], whichever is earlier." Fed. R. Civ. P. 15(a)(1). An amended pleading "supersedes the former pleading" such that "the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary." Dresdner Bank AG v. M/V Olympia Voyager, 463 F.3d 1210, 1215 (11th Cir. 2006) (internal quotation marks and citation omitted); see also Fritz v. Standard Sec. Life Ins. Co., 676 F.2d 1356, 1358 (11th Cir. 1982) (citations omitted) ("Under the Federal Rules, an amended complaint supersedes the original complaint.").

## DISCUSSION

Plaintiffs timely filed their amended complaint as a matter of course pursuant to Rule 15(a)(1). Further, Plaintiffs' amended complaint supersedes the consolidated complaint. Defendants' motions to dismiss, dkt. nos. 50, 53, have thus been rendered moot by Plaintiffs' filing of their amended complaint. Should Defendants wish to renew their motions to dismiss with regard to the amended complaint, they are granted leave to do so within the time prescribed by the Federal Rules of Civil Procedure.

## CONCLUSION

Defendants' motions to dismiss, dkt. nos. 50, 53, are **DENIED as moot.**

**SO ORDERED**, this ___3___ day of June, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA