# In the United States District Court for the Southern District of Georgia Savannah Division

TAMARA RATHBUN, AMANDA WHATLEY, and THOMAS KIRSTEIN, individually and on behalf of all other similarly situated,

Plaintiffs,

v.

SOUTHCOAST MEDICAL GROUP LLC d/b/a SouthCoast Health Administrative Management, LLC and PRIVIA MEDICAL GROUP OF GEORGIA, LLC,

Defendants.

CV 4:24-148

**ORDER**

Before the Court is the parties' stipulation of dismissal, dkt. no. 93, wherein they notify the Court that they wish to dismiss all claims asserted in this action without prejudice. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this action are hereby **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 3rd day of February, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA